**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| T.L.T. | : No. 357 WAL 2012 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : **Published Opinion and Order** of the |
| | : Commonwealth Court at No. 1890 CD |
| DEPARTMENT OF PUBLIC WELFARE | : 2011, at 48 A.3d 562 (Pa. Cmwlth. 2012) |
| | : filed July 13, 2012, **vacating** the Order of |
| | : the Bureau of Hearings and Appeals, |
| PETITION OF: CRAWFORD COUNTY | : Department of Public Welfare at Nos. |
| CHILDREN AND YOUTH SERVICES | : 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 and CL: 200008048 filed |
| | : September 7, 2011 |

## ORDER

**PER CURIAM**

AND NOW, this 8th day of October, 2014, the Petition for Allowance of Appeal is GRANTED, the Order of the Commonwealth Court is VACATED, the matter is REMANDED for reconsideration in light of G.V. v. DPW, 91 A.3d 667 (Pa. 2014).